### 17439.   WALDHOUR v. KESSLER *et al.*

LUKE, J. In this case exception is taken to the order of the judge of the superior court overruling a certiorari from the ordinary's court upon a judgment on an application to remove obstructions from a private way. The testimony was conflicting, and careful examination of the record and of all the assignments of error discloses no error in overruling the certiorari.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED OCTOBER 5, 1926.

Certiorari; from Effingham superior court—Judge Strange. April 19, 1926.

*Travis & Travis, W. B. Stubbs,* for plaintiff in error.
*Clarence T. Guyton,* contra.

---

Certiorari, 11 C. J. p. 222, n. 32.